

**Greenbaum Rowe Smith & Davis LLP**
COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
747 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ALAN S. NAAR**
**(732) 476-2530** - DIRECT DIAL
**(732) 476-2531** - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

December 11, 2019

*Via ECF*

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
Martin Luther King, Jr. Federal Bldg. and Courthouse
50 Walnut St.
Newark, NJ 07102

      Re:    Ryan R. Krueger, et al v. Bradley A. Alford, et al
             Case No. 2:19-cv-18652 (MCA)(LDW)

Dear Judge Arleo:

    This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents nominal defendant Perrigo Company plc and defendants Bradley A. Alford, Rolf A. Classon, Adriana Karaboutis, Jeffrey B. Kindler, Donal O'Connor, Geoffrey M. Parker and Theodore R. Samuels, in the above-referenced matter.

    We are pleased to report that counsel for all parties have agreed on a Proposed Order and Joint Stipulation Regarding Service and Response Dates to Complaint. If the proposed Order meets with Your Honor's approval, kindly "So Order" it on page 11.

    Thank you for your time and consideration.

                                      Respectfully yours,

                                      Alan S. Naar

ASN:cd
Enclosure
cc:    All counsel of record (*w/enc., via email*)