IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on behalf of Nominal Defendant PERRIGO COMPANY PLC, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY A. ALFORD, ROLF A. CLASSON, ADRIANA KARABOUTIS, JEFFREY B. KINDLER, DONAL O'CONNOR, GEOFFREY M. PARKER, THEODORE R. SAMUELS, JEFFREY C. SMITH, LAURIE BRLAS, GARY M. COHEN, JACQUELYN A FOUSE, ELLEN R. HOFFING, MICHAEL J. JANDERNOA, GERALD K. KUNKLE, HERMAN MORRIS, JR., MURRAY S. KESSLER, JOHN T. HENDRICKSON, JOSEPH C. PAPA, JUDY L. BROWN, RONALD L. WINOWIECKI, DOUGLAS S. BOOTHE, and MARC COUCKE, <br><br> Defendants, <br><br> PERRIGO COMPANY PLC, <br><br> Nominal Defendant. | Civ. No. 2:19-cv-18652(MCA/LDW) <br><br><br> NOTICE OF APPEARANCE OF R. SCOTT THOMPSON |

Please enter the appearance of R. Scott Thompson of Wollmuth Maher & Deutsch LLP as co-counsel for Defendant Douglas S. Boothe in this matter. I certify that I am admitted to

35742/2
12/11/2019 **203145018**.1

-2-

practice in this Court.

Dated: December 11, 2019

By: /s/ R. Scott Thompson
R. Scott Thompson
WOLLMUTH MAHER & DEUTSCH LLP
51 JFK Parkway
Short Hills, New Jersey 07078
212.556.0364
sthompson@wmd-law.com

*Co-counsel for Defendant Douglas S. Boothe*

**CERTIFICATION OF SERVICE**

I, R. Scott Thompson, hereby certify that on December 11, 2019, I caused the foregoing Notice of Appearance, filed through the CM/ECF system, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing.

/s/ R. Scott Thompson