# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on behalf of Nominal Defendant PERRIGO COMPANY PLC,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY A. ALFORD; ROLF A. CLASSON; ADRIANA KARABOUTIS; JEFFREY B. KINDLER; DONAL O'CONNOR; GEOFFREY M. PARKER; THEODORE R. SAMUELS; JEFFREY C. SMITH; LAURIE BRLAS; GARY M. COHEN; JACQUALYN A. FOUSE; ELLEN R. HOFFING; MICHAEL J. JANDERNOA; GERALD K. KUNKLE; HERMAN MORRIS; JR., MURRAY S. KESSLER; JOHN T. HENDRICKSON; JOSEPH C. PAPA; JUDY L. BROWN; RONALD L. WINOWIECKI; DOUGLAS S. BOOTHE; and MARC COUCKE,<br><br>Defendants,<br><br>PERRIGO COMPANY PLC,<br><br>Nominal Defendant. | C.A. NO. 2:19-CV-18652-MCA-LDW<br><br>[PROPOSED] ORDER AND JOINT STIPULATION REGARDING SERVICE AND RESPONSE DATES TO COMPLAINT |

Plaintiff Ryan R. Krueger ("Plaintiff") and Defendants Bradley A. Alford, Rolf A. Classon, Adriana Karaboutis, Jeffrey B. Kindler, Donal O'Connor, Geoffrey M. Parker, Theodore R. Samuels, Jeffrey C. Smith, Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael J. Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., Murray S. Kessler, Joseph C. Papa, Judy L. Brown, Ronald L. Winowiecki, Douglas S. Boothe, and Marc Coucke (collectively, the "Individual Defendants") and Perrigo Company PLC ("Perrigo," "the Company" or "Nominal Defendant," and together with the Individual Defendants, the "Defendants"), by and through their undersigned counsel,[1] hereby submits this [Proposed Order] and Joint Stipulation Regarding Service and Response Dates to Plaintiff's Verified Stockholder Complaint.

Whereas, on October 2, 2019, Plaintiff filed his Verified Shareholder Derivative Complaint (the "Complaint") in the United States District Court of the District of New Jersey (ECF No. 1);

Whereas, Plaintiff's counsel is currently attempting to serve the Complaint to Hendrickson and the other Defendants;

Whereas, on November 4 and November 5, 2019, Plaintiff's counsel and counsel for the Company met and conferred, over the telephone and e-mail, to

---

[1] All Defendants in this action join in this stipulation except for John T. Hendrickson. Counsel for the parties do not know if he is represented by counsel and have not had any contact with him or his counsel.

2

determine a more expeditious method of serving all Defendants and simultaneously agree to a briefing schedule regarding Defendants' response to the Complaint;

THEREFORE, the parties stipulate as follows:

1. Counsel from the law firms of Fried, Frank, Harris, Shriver & Jacobson LLP and Greenbaum Rowe Smith & Davis LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendants Alford, Classon, Karaboutis, Kindler, O'Connor, Parker, Samuels, and the Company;

2. Counsel from the law firm of Simpson Thacher & Bartlett LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Kessler;

3. Counsel from the law firm of Milbank LLP and Skoloff & Wolfe agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendants Brlas, Cohen, Fouse, Hoffing, Jandernoa, Kunkle, and Morris;

4. Counsel from the law firm of Gibson, Dunn & Crutcher LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Papa;

5. Counsel from the law firm of Sullivan & Cromwell LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Brown;

6. Counsel from the law firm of Dechert LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Winowiecki;

7. Counsel from the law firm of Petrillo Klein & Boxer LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Boothe;

8. Counsel from the law firm of Wilmer Cutler Pickering Hale & Dorr LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Coucke;

9. Counsel from the law firm of Akin Gump Strauss Hauer & Feld LLP agree to accept service of the complaint and all papers to be filed in this action going forward on behalf of Defendant Smith;

10. Through this stipulation, Defendants waive any defense as to service of process, but expressly reserve all other defenses, including but not limited to personal jurisdiction; and

11. The parties agree to the following briefing schedule with respect to the Complaint:

a. Defendants will respond to the Complaint by January 10, 2020.

b. If Defendants move to stay or dismiss the Complaint, Plaintiff will submit his opposition to the motion by March 10, 2020.

c. Defendants will submit their reply to Plaintiff's opposition by April 17, 2020.

DATED: December 11, 2019

        SCOTT+SCOTT ATTORNEYS AT LAW LLP

        */s/ Jonathan M. Zimmerman*
        Jonathan M. Zimmerman (D.NJ #JZ1400)
        Jing-Li Yu (*pro hac vice* admission pending)
        The Helmsley Building
        230 Park Avenue, 17th Floor
        New York, NY 10169
        Telephone: (212) 223-6444
        Facsimile: (212) 223-6334
        jzimmerman@scott-scott.com
        jyu@scott-scott.com

        Geoffrey M. Johnson (*pro hac vice* admission pending)
        SCOTT+SCOTT ATTORNEYS AT LAW LLP
        12434 Cedar Road, Suite 12
        Cleveland Heights, OH 44118
        Telephone: (216) 229-6088
        Facsimile: (860) 537-4432
        gjohnson@scott-scott.com

Amber L. Eck
HAEGGQUIST & ECK, LLP
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@haelaw.com

*Counsel for Plaintiff Ryan Krueger*


James D. Wareham (*will seek pro hac vice admission*)
James E. Anklam (*will seek pro hac vice admission*)
FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
801 17th St., NW
Washington, DC 20005
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel Groner (*will seek pro hac vice admission*)
FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

/s/ Alan S. Naar
Alan S. Naar
GREENBAUM ROWE SMITH & DAVIS LLP
99 Wood Avenue South
Iselin, NJ 07095
Telephone: (732) 476-2630
Facsimile: (732) 476-2531
ANAAR@greenbaumlaw.com

*Counsel to Defendants Perrigo Company plc, Bradley Alford, Rolf Classon, Adriana Karaboutis, Jeffrey Kindler, Donal O'Connor, Geoffrey Parker, Theodore Samuels*

/s/ Andrew T. Frankel
Andrew T. Frankel
Joseph M. McLaughlin *(will seek pro hac vice admission)*
Shannon K. McGovern *(will seek pro hac vice admission)*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
afrankel@stblaw.com
jmclaughlin@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendant Murray Kessler*

Douglas Rappaport *(will seek pro hac vice admission)*
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
darappaport@akingump.com

7

*/s/ Kathryn E. Deal*
Kathryn E. Deal
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210
kdeal@akingump.com

*Counsel to Defendant Jeffrey Smith*


*/s/ Jonathan W. Wolfe*
Jonathan W. Wolfe
Jane J. Felton
SKOLOFF & WOLFE, PC
293 Eisenhower Parkway, Ste. 390
Livingston, NJ 07039
Telephone: (973) 992-0900
Facsimile:
jwolfe@skoloffwolfe.com
jfelton@skoloffwolfe.com

Alan J. Stone *(will seek pro hac vice admission)*
MILBANK, TWEED, HADLEY & MCCLOY LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
AStone@milbank.com

*Counsel for Defendants Laurie Brlas, Gary Cohen, Jacqualyn Fouse, Ellen Hoffing, Michael Jandernoa, Gerald Kunkle, Jr., and Herman Morris, Jr.*

/s/ Marshall R. King
Marshall R. King
Reed Brodsky (*will seek pro hac vice admission*)
Aric H. Wu (*will seek pro hac vice admission*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Joseph Papa*

/s/ Brian T. Frawley
Brian T. Frawley
John L. Hardiman (*will seek pro hac vice admission*)
Michael P. Devlin (*will seek pro hac vice admission*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel to Defendant Judy Brown*

/s/ David A. Kotler
David A. Kotler
DECHERT LLP
502 Carnegie Center, Suite 104
Princeton, NJ 08540-7814
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
david.kotler@dechert.com

Hector Gonzalez *(will seek pro hac vice admission)*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3621
Facsimile: (212) 698-3599
hector.gonzalez@dechert.com

*Counsel for Ronald L. Winowiecki*

/s/ *R. Scott Thompson*
R. Scott Thompson
WOLLMUTH MAHER & DEUTSCH LLP
51 JFK Parkway
First Floor West
Short Hills, NJ 07078
Telephone: (973) 401-1415
Facsimile: (973) 401-1417

Guy Petrillo *(will seek pro hac vice admission)*
Leonid Sandlar *(will seek pro hac vice admission)*
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22d Floor
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (315) 873-2015
gpetrillo@pkbllp.com
lsandlar@pkbllp.com

*Counsel for Douglas Boothe*

Peter J. Kolovos *(will seek pro hac vice admission)*
Ivan Panchenko *(will seek pro hac vice admission)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
peter.kolovos@wilmerhale.com
ivan.panchenko@wilmerhale.com


*/s/ Kenneth A. Brady*
Kenneth A. Brady
Michael G. Bongiorno *(will seek pro hac vice admission)*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
michael.bongiorno@wilmerhale.com
kenneth.brady@wilmerhale.com

*Counsel for Defendant Marc Coucke*

SO ORDERED

Date: 12/13/19

*[signature: Leda D. Wettre]*

~~Madeline Cox Arleo~~
United States ~~District~~ Judge
Mag.