SKOLOFF & WOLFE, P.C.
Jonathan W. Wolfe, Esq
Barbara A. Schweiger, Esq.
293 Eisenhower Parkway, Ste. 390
Livingston, NJ 07039
(973)992-0900
jwolfe@skoloffwolfe.com
bschweiger@skoloffwolfe.com

MILBANK LLP
Alan Stone, Esq. (*application for pro hac vice admission pending*)
Samir L. Vora, Esq. (*application for pro hac vice admission pending*)
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5285
astone@milbank.com
svora@milbank.com

*Attorneys for Defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael J. Jandernoa, Gerard K. Kunkle, Jr., and Herman Morris, Jr.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on Behalf of Nominal Defendant PERRIGO COMPANY PLC,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY A. ALFORD; ROLF A. CLASSON; ADRIANA KARABOUTIS; JEFFREY B. KINDLER, DONAL O'CONNOR; GEOFFREY M. PARKER; THEODORE R. SAMUELS; JEFFREY C. SMITH; LAURIE BRLAS; GARY M. COHEN; JACQUALYN A. FOUSE; ELLEN R. HOFFING; MICHAEL J. JANDERNOA, GERALD K. KUNKLE; HERMAN MORRIS, JR.; MURRAY S. KESSLER; JOHN T. HENDRICKSON; JOSEPH C. PAPA; JUDY L. BROWN; RONALD L. WINOWIECKI; DOUGLAS S. BOOTHE; AND MARC COUCKE,<br><br>Defendants,<br><br>PERRIGO COMPANY PLC,<br><br>Nominal Defendant. | Civil Action No.<br>2:19-cv-~~18562~~-MCA-LDW<br>18652<br>**ORDER GRANTING**<br>***PRO HAC VICE*** **ADMISSIONS OF ALAN J. STONE AND SAMIR L. VORA**<br><br>*Document Filed Electronically* |

This matter having been brought before the Court by Skoloff & Wolfe, P.C., attorneys for Defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., and Herman Morris, Jr., for an Order allowing Alan J. Stone, attorney at law of the State of New York and a partner of the law firm of Milbank LLP, located at 55 Hudson Yards, New York, NY 10001-2163, and Samir L. Vora, Esq., attorney at law of the State of California and District of Columbia and special counsel at Milbank LLP, located at 1850 K Street, NW, Suite 1100, Washington, DC 20006, to appear and participate *pro hac vice*, and with the consent of counsel for Plaintiff, and the Court having considered the Certifications of Alan J. Stone and Samir L. Vora in support of the application, and for good cause shown;

**IT IS ON THIS** 8th day of January, 2020;

**ORDERED** that Alan J. Stone and Samir L. Vora be permitted to appear *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall continue to be signed by an attorney at the firm of Skoloff & Wolfe, P.C., attorneys of record for Defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., and Herman Morris, Jr., who shall be held responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Alan J. Stone and Samir L. Vora shall, within 7 days of the date of this Order, each submit a check for $150 made payable to the Clerk, USDC, and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court
> District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that Alan J. Stone and Samir L. Vora shall, within 7 days of the date of this Order, each pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection for this year and for any year in which they continue to represent a client a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2(a) and D.N.J. L. Civ. R. 101.1; and it is further

**ORDERED** that Alan J. Stone and Samir L. Vora shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' fund for Client Protection within 5 days of its entry.

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre, U.S.M.J.

The Clerk of Court is directed to terminate the motion at ECF No. 25.