Kenneth A. Brady
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

*Attorney for Marc Coucke*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on behalf of Nominal Defendant PERRIGO COMPANY PLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BRADLEY A. ALFORD; ROLF A. CLASSON; ADRIANA KARABOUTIS; JEFFREY B. KINDLER; DONAL O'CONNOR; GEOFFREY M. PARKER; THEODORE R. SAMUELS; JEFFREY C. SMITH; LAURIE BRLAS; GARY M. COHEN; JACQUALYN A. FOUSE; ELLEN R. HOFFING; MICHAEL J. JANDERNOA; GERALD K. KUNKLE, JR.; HERMAN MORRIS; JR., MURRAY S. KESSLER; JOHN T. HENDRICKSON; JOSEPH C. PAPA; JUDY L. BROWN; RONALD L. WINOWIECKI; DOUGLAS S. BOOTHE; and MARC COUCKE,<br><br>        Defendants,<br><br>PERRIGO COMPANY PLC,<br><br>        Nominal Defendant. | Case No. 2:19-CV-18652-MCA-LDW<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |

Pursuant to Local Civil Rule 7.1(d)(4), Defendant Marc Coucke submits this statement in lieu of a submission of a formal brief.  It is respectfully submitted that no brief in support of this motion is necessary because admission under Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court.

Respectfully submitted,

Dated: January 8, 2020
New York, NY

*/s/ Kenneth A. Brady*
Kenneth A. Brady
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6261
Fax: (212) 230-8888
kenneth.brady@wilmerhale.com

*Attorney for Marc Coucke*