

**Greenbaum Rowe
Smith ■ Davis** LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
747 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ALAN S. NAAR**
**(732) 476-2530 - DIRECT DIAL**
**(732) 476-2531 - DIRECT FAX**
**ANAAR@GREENBAUMLAW.COM**

January 10, 2020

***VIA ECF***

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

>       **Re:    Ryan R. Krueger, et al v. Bradley A. Alford, et al**
>              **Case No. 2:19-cv-18652 (MCA)(LDW)**

Dear Judge Wettre:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents Nominal Defendant Perrigo Company plc and Defendants Bradley A. Alford, Rolf A. Classon, Adriana Karaboutis, Jeffrey B. Kindler, Donal O'Connor, Geoffrey M. Parker and Theodore R. Samuels, in the above-referenced case.

We are seeking the *pro hac vice* admission of two attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP on behalf of the aforesaid Defendants. Enclosed are copies of the following in support of this application:

1.   Certification of Alan S. Naar;
2.   Certification of James E. Anklam;
3.   Certification of Samuel P. Groner;
4.   Proposed Order; and
5.   Certification of Service.

Plaintiff's counsel has consented to this application. As a result, we have not filed a formal motion.



Hon. Leda Dunn Wettre, U.S.M.J.
January 10, 2020
Page 2

If the certifications meet with your Honor's approval, kindly enter the Order and have the Clerk's office enter it on the docket.

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:cd
cc:     All counsel of record (*via ECF*)