UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on behalf of Nominal Defendant PERRIGO COMPANY PLC,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY A. ALFORD; ROLF A. CLASSON; ADRIANA KARABOUTIS; JEFFREY B. KINDLER; DONAL O'CONNOR; GEOFFREY M. PARKER; THEODORE R. SAMUELS; JEFFREY C. SMITH; LAURIE BRLAS; GARY M. COHEN; JACQUALYN A. FOUSE; ELLEN R. HOFFING; MICHAEL J. JANDERNOA; GERALD K. KUNKLE; HERMAN MORRIS; JR., MURRAY S. KESSLER; JOHN T. HENDRICKSON; JOSEPH C. PAPA; JUDY L. BROWN; RON L. WINOWIECKI; DOUGLAS S. BOOTHE; and MARC COUCKE,<br><br>Defendants,<br><br>PERRIGO COMPANY PLC,<br><br>Nominal Defendant. | C.A. NO. 2:19-CV-18652-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed<br><br>[PROPOSED] ORDER FOR ADMISSIONS *PRO HAC VICE* OF GUY PETRILLO, ESQ. and LEONID SANDLAR, ESQ. |

**THIS MATTER** having been brought before the Court by R. Scott Thompson, a New Jersey attorney and member of the firm of Wollmuth Maher & Deutsch LLP, the attorney of record for Defendant Brian S. Boothe, to permit attorneys admitted to the practice of law in the State of New York, Guy Petrillo, Esq. and Leonid Sandlar, Esq. of the firm Petrillo Klein & Boxer LLP, located at 655 Third Avenue, 22nd Floor, New York NY 10017, to appear and participate *pro*

*hac vice* as co-counsel for Defendant Douglas S. Boothe in this matter; and it appearing that Mr. Petrillo and Mr. Sandlar are licensed attorneys in good standing in their respective state; and it appearing that Defendant Douglas S. Boothe desires that Petrillo Klein & Boxer LLP appear and participate *pro hac vice* as co-counsel of record on their behalf in this case due to the comprehensive knowledge of Mr. Petrillo and Mr. Sandlar as to the matters at issue in this litigation, and its belief that the prior experience of these attorneys will advance their position; and the Court having considered the papers of counsel, and good cause appearing, *and there being no objection to this application*,

IT IS on this \_\_10th\_\_ day of January, 2020,

**ORDERED** that Guy Petrillo, Esq. and Leonid Sandlar, Esq., be and hereby are admitted *pro hac vice* and are authorized to appear and participate as co-counsel for Defendant Douglas S. Boothe in all phases of this litigation pursuant to Local Civil Rule 101.1(c) and the individual practices of this Court, subject to the following conditions:

1. Guy Petrillo, Esq. and Leonid Sandlar, Esq. shall abide by the Rules of this Court, including all disciplinary rules.

2. Guy Petrillo, Esq. and Leonid Sandlar, Esq. shall, and hereby do, consent to the appointment of the Clerk of the United States District Court as their agent upon whom service of process may be made for all actions against them and Petrillo Klein & Boxer LLP, that may arise out of their participation in the matter.

3. Guy Petrillo, Esq. and Leonid Sandlar, Esq. shall immediately notify the Court of any matter affecting their standing to practice in any other jurisdiction.

4. Guy Petrillo, Esq. and Leonid Sandlar, Esq. shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for the conduct of the litigation and the attorneys admitted herein, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby.

5. Guy Petrillo, Esq. and Leonid Sandlar, Esq. must, within ten (10) days of this Order, pay the fees required by Local Civil Rule 101.1.

6. Pursuant to Local Civil Rule 101.1, upon admission to the United States District Court for the District of New Jersey, Guy Petrillo, Esq. and Leonid Sandlar, Esq., will each make a payment of $150.00 payable to the Clerk of the U.S. District Court.

7. Additionally, pursuant to Local Civil Rule 101.1, upon their admission to the United States District Court for the District of New Jersey, Guy Petrillo, Esq. and Leonid Sandlar, Esq., will each make the required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and D.N.J. L. Civ. R. 101.1.

8. Non-compliance with any of the terms of this Order shall constitute grounds for removal.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge

DATE: 1/10/2020

The Clerk of Court is directed to terminate the motion at ECF No. 30.