UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>PERRIGO COMPANY PLC,<br><br>　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:19-CV-18652-MCA-LDW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian T. Frawley
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: John Hardiman

Address: Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

E-mail: hardimanj@sullcrom.com
(One email address only)

DNJ-CMECF-002