UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER,<br><br>          Plaintiff(s),<br><br>v.<br><br>BRADLEY A. ALFORD , et al.,<br><br>          Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  2:19-cv-18652-MCA-LDW |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                                                   s/ Kenneth A. Brady
                                                                                Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:      Ivan Panchenko

Address:   Wilmer Cutler Pickering Hale and Dorr LLP

           60 State Street

           Boston, MA 02109


E-mail:    Ivan.Panchenko@wilmerhale.com
           (One email address only)

DNJ-CMECF-002