UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RYAN R. KRUEGER, Derivatively on behalf of Nominal Defendant PERRIGO COMPANY PLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRADLEY A. ALFORD, *et al.*,<br><br>　　　　　Defendants,<br><br>PERRIGO COMPANY PLC,<br><br>　　　　　Nominal Defendant. | C.A. NO. 2:19-CV-18652-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Ryan R. Krueger ("Plaintiff") and Defendants Bradley A. Alford, Rolf A. Classon, Adriana Karaboutis, Jeffrey B. Kindler, Donal O'Connor, Geoffrey M. Parker, Theodore R. Samuels, Jeffrey C. Smith, Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael J. Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., Murray S. Kessler, John T. Hendrickson, Joseph C. Papa, Judy L. Brown, Ronald L. Winowiecki, Douglas S. Boothe, and Marc Coucke (collectively, the "Individual Defendants") and Perrigo Company plc (together with the Individual Defendants, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, in accordance with the deadlines set forth in the Joint Stipulation ordered by the Court on December 13, 2019 (ECF No. 17), the deadline for Defendants' reply briefs in further support of their motions to dismiss is April 17, 2020;

WHEREAS, in response to the severity and spread of the coronavirus (COVID-19), the Governor of New Jersey has declared a State of Emergency and a Public Health Emergency and the President of the United States has declared a Federal State of Emergency;

WHEREAS, the United States District Court for the District of New Jersey has issued a number of standing orders (*see e.g.* Standing Order 20-02: Court Operations Under the Exigent Circumstances Created by COVID-19 ("Standing Order 20-02") and Standing Order 20-03: Additional Measures Due to the Exigent Circumstances Created by COVID-19 on March 16, 2020), which outline various changes to court operations due to the current COVID-19 pandemic;

WHEREAS, the exigent circumstances created by the COVID-19 have caused substantial delays to normal work practices and communications;

WHEREAS, "judicial officers may apply the principles of flexibility and accommodation to reasonable requests for filing or scheduling adjustments" (Standing Order 20-02);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that Defendants' deadline for their reply briefs in further support of their motions to dismiss shall be extended until May 29, 2020.

Respectfully submitted,

DATED:  March 24, 2020

By: */s/ Jonathan M. Zimmerman*
    Jonathan M. Zimmerman

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Jing-Li Yu (*admitted pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jzimmerman@scott-scott.com
jyu@scott-scott.com

Geoffrey M. Johnson (*admitted pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44118
Telephone: (216) 229-6088
Facsimile: (860) 537-4432
gjohnson@scott-scott.com

HAEGGQUIST & ECK, LLP
Amber L. Eck
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@haelaw.com

*Counsel for Plaintiff Ryan Krueger*

By: */s/ Alan S. Naar*
    Alan S. Naar

GREENBAUM ROWE SMITH DAVIS LLP
99 Wood Avenue South
Iselin, NJ 07095
Telephone: (732) 476-2630
Facsimile: (732) 476-2531
ANAAR@greenbaumlaw.com

FRIED FRANK HARRIS SHRIVER
& JACOBSON LLP
James D. Wareham (*admitted pro hac vice*)
James E. Anklam (*admitted pro hac vice*)
Katherine L. St. Romain
801 17th St., NW
Washington, DC 20005
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel Groner (*admitted pro hac vice*)
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

*Counsel to Defendants Perrigo Company plc, Bradley Alford, Rolf Classon, Adriana Karaboutis, Jeffrey Kindler, Donal O'Connor, Geoffrey Parker, and Theodore Samuels*

3

By: */s/ Andrew T. Frankel*
    Andrew T. Frankel

SIMPSON THACHER & BARTLETT LLP
Joseph M. McLaughlin *(pro hac vice application to be filed)*
Shannon K. McGovern *(pro hac vice application to be filed)*
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
afrankel@stblaw.com
jmclaughlin@stblaw.com
smcgovern@stblaw.com

*Counsel for Defendant Murray Kessler*


By: */s/ Marshall R. King*
    Marshall R. King

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice application to be filed*)
Aric H. Wu (*pro hac vice application to be filed*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Joseph Papa*

By: */s/ Mira E. Baylson*
    Mira E. Baylson

AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street
Suite 4100
Philadelphia, PA 19103-7013
Telephone: (215) 965-1200
Facsimile: (215) 965-1210
mbaylson@akingump.com

Douglas Rappaport (*admitted pro hac vice*)
Saurabh Sharad (*admitted pro hac vice*)
Elise B. Maizel (*admitted pro hac vice*)
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
darappaport@akingump.com
ssharad@akingump.com
emaizel@akingump.com

*Counsel to Defendant Jeffrey C. Smith*

By: */s/ R. Scott Thompson*
    R. Scott Thompson

WOLLMUTH MAHER & DEUTSCH LLP
51 JFK Parkway
First Floor West
Short Hills, NJ 07078
Telephone: (973) 401-1415
Facsimile: (973) 401-1417

PETRILLO KLEIN & BOXER LLP
Guy Petrillo (*admitted pro hac vice*)
Leonid Sandlar (*admitted pro hac vice*)
655 Third Avenue, 22d Floor
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (315) 873-2015
gpetrillo@pkbllp.com
lsandlar@pkbllp.com

*Counsel for Defendant Douglas Boothe*


By: */s/ Kevin H. Marino*
    Kevin H. Marino

MARINO, TORTORELLA & BOYLE, P.C.
John D. Tortorella
Wan Cha
437 Southern Boulevard
Chatham, New Jersey 07928
Telephone: (973) 824-9300

*Counsel for Defendant John T. Hendrickson*


By: */s/ Brian T. Frawley*
    Brian T. Frawley

SULLIVAN & CROMWELL LLP
John L. Hardiman (*admitted pro hac vice*)
Michael P. Devlin (*admitted pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel to Defendant Judy Brown*


By: */s/ David A. Kotler*
    David A. Kotler

DECHERT LLP
502 Carnegie Center, Suite 104
Princeton, NJ 08540-7814
Telephone: (609) 955-3200
Facsimile: (609) 955-3259
david.kotler@dechert.com

Hector Gonzalez (*admitted pro hac vice*)
Angela M. Liu (*admitted pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3621
Facsimile: (212) 698-3599
hector.gonzalez@dechert.com

*Counsel for Defendant Ronald L. Winowiecki*

| | |
|---|---|
| By: */s/ Jonathan W. Wolfe* | By: */s/ Kenneth A. Brady* |
| Jonathan W. Wolfe | Kenneth A. Brady |

SKOLOFF & WOLFE, PC
Jane J. Felton
293 Eisenhower Parkway, Ste. 390
Livingston, NJ 07039
Telephone: (973) 992-0900
Facsimile:
jwolfe@skoloffwolfe.com
jfelton@skoloffwolfe.com

MILBANK LLP
Alan J. Stone (*admitted pro hac vice*)
Samir L. Vora (*admitted pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
AStone@milbank.com

*Counsel for Defendants Laurie Brlas, Gary Cohen, Jacqualyn Fouse, Ellen Hoffing, Michael Jandernoa, Gerald Kunkle, Jr., and Herman Morris, Jr.*

WILMER CUTLER PICKERING
HALE AND DORR LLP
Michael G. Bongiorno (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
michael.bongiorno@wilmerhale.com
kenneth.brady@wilmerhale.com

Peter J. Kolovos (*admitted pro hac vice*)
Ivan Panchenko (*admitted pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
peter.kolovos@wilmerhale.com
ivan.panchenko@wilmerhale.com

*Counsel for Defendant Marc Coucke*

SO ORDERED
Date:

_____
Madeline Cox Arleo
United States District Judge

6

21608284